*Hartleben, Petitioner, v. Univ. of Wash., Respondent*, No. 93620-0. Petition for review of a decision of the Court of Appeals, No. 73758-9-I, July 5, 2016, 194 Wn. App. 877. *Denied* January 4, 2017.

*Kinderace LLC, Petitioner, v. City of Sammamish, Respondent*, No. 93622-6. Petition for review of a decision of the Court of Appeals, No. 73409-1-I, July 5, 2016, 194 Wn. App. 835. *Denied* January 4, 2017.

*State, Respondent, v. Ross, Petitioner*, No. 93626-9. Petition for review of a decision of the Court of Appeals, No. 72251-4-I, August 1, 2016, 195 Wn. App. 1022. *Denied* January 4, 2017.

*State, Respondent, v. Grothaus, Petitioner*, No. 93629-3. Petition for review of a decision of the Court of Appeals, No. 73562-4-I, August 1, 2016, 195 Wn. App. 1026. Petitioner's petition for review *denied* and respondent's request for review *denied* January 4, 2017.

*State, Respondent, v. Christensen, Petitioner*, No. 93631-5. Petition for review of a decision of the Court of Appeals, No. 47765-3-II, August 23, 2016, 195 Wn. App. 1050. *Denied* January 4, 2017.

*State, Respondent, v. Paris, Petitioner*, No. 93636-6. Petition for review of a decision of the Court of Appeals, No. 73292-7-I, August 8, 2016, 195 Wn. App. 1033. *Denied* January 4, 2017.

*State, Respondent, v. Churchill, Petitioner*, No. 93638-2. Petition for review of a decision of the Court of Appeals, No. 47756-4-II, August 30, 2016, 195 Wn. App. 1055. *Denied* January 4, 2017.

*In re Det. of Halvorson*, No. 93641-2. Petition for review of a decision of the Court of Appeals, No. 32762-1-III, August 11, 2016, 195 Wn. App. 1039. *Denied* January 4, 2017.